## SANCHEZ v. NEW MEXICO

No. 974, Misc.   Decided January 12, 1970

*Pat Sheehan* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## ARIEL v. MASSACHUSETTS

No. 897, Misc.   Decided January 12, 1970

*Edward J. Duggan* for appellant.

*Robert H. Quinn,* Attorney General of Massachusetts, *John Wall,* Assistant Attorney General, and *Lawrence P. Cohen,* Deputy Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.